**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| <u>In re Terrorist Attacks on September 11, 2001</u> | <u>As relates to: 03 MDL 1570</u> <u>(GBD)(SN)</u> |
|---|---|
| Howard Abrams | |
| Tony Agyman | |
| Barry Aissatou | |
| Vladimir Akoulov | <u>Civil Docket Number:</u> |
| Blanche Alejandro | |
| Arnaldo Almonte | |
| Mose, Aluko | |
| Telma Alvarado | |
| Hernan Alvarez | |
| Bibiana Cristina Andrade | |
| Wilme, Andrade | |
| Aldo Antonio | |
| Neil Attardi | <u>SHORT FORM</u> |
| Jan Bachusz | <u>COMPLAINT AND</u> |
| Andrzej Badzio | <u>DEMAND FOR TRIAL BY</u> |
| Aleksander Bajguz | <u>JURY</u> |
| Richard Baker | |
| Arina Bakhareva | |
| Fernando Baracaldo | |
| Richard Barnett | |
| Michael Barrett | |
| Wladyslaw Barszcz | |
| Michael Bartone | <u>ECF CASE</u> |
| Gennadiy Barykin | |
| Jose A. Batista | |
| Stanley Becton | |
| Nathan Bednarsh | |
| Jose Luis Bello | |
| Joseph Belmonte | |
| Joseph Benbow | |
| Frances Benjamin | |
| Rhoda Berger | |
| Richard F. Bergmann | |
| Martha Bermudez | |
| Claudia S. Bernstein | |
| Jeffrey Bernstein | |
| Trevor Berridge | |
| Michelle Berti | |
| Dariusz Bienduga | |
| Leszek Bieniek | |
| Yuriy Bilonozhenko | |
| Miroslaw Binko | |

| | |
|---|---|
| John Bitsko | |
| Gustavo Blandon | |
| Robert Park Borchert | |
| Barbara Boursiquot | |
| Sheila Boyette | |
| Michelle Bracey | |
| Ernestine Branch | |
| Gwendolyn Brandt | |
| Paul Brobeck | |
| Michal Brodacki | |
| Alan Brown | |
| Michael Browne | |
| Heather Browne-Dee | |
| Barry Bryan | |
| Phillip R. Bryant | |
| Esteban Bueno | |
| Robert A. Burmeister | |
| Stanislaw Burzynski | |
| Heather Cabrera | |
| Angela Calhoun | |
| Luis Calle | |
| Felix Calle | |
| Clay Calle | |
| Coretta Callender-Faulk | |
| Ana Camacho | |
| Stephanie Campbell | |
| Jorge Campoverde | |
| Leonardo Cano | |
| Carrie Cantey | |
| Howard Caplan | |
| Sonia M. Capon | |
| Carlos Cardenas | |
| James Carriel | |
| Tokeato Carter | |
| Raymond Cassar | |
| Dennis Cassidy | |
| Hector Castro | |
| Gisel Castro | |
| Joseph A. Cella | |
| Thomas Joseph  Cera | |
| Gerome Cerverizzo | |
| Maria Chainoha | |
| Robert S. Chapman | |
| Sonja Checinski | |
| Manuel Checo | |
| Cindy Cheung | |

| | |
|---|---|
| Joseph Chierchio | |
| Odessa Chin | |
| Dariusz Chojnowski | |
| Franciszek Chojnowski | |
| Neville Chung | |
| Miguel Chung | |
| Elzbieta Ciborowska | |
| Henryk Ciborowski | |
| Romuald Cieslak | |
| Michael Cioffi | |
| Gerard Ciquera | |
| Mark Clarke-Milton | |
| Christine Clausi Petosa | |
| Jose Collado | |
| Yudelka Collado | |
| Maritza Colon | |
| Gerald Colon | |
| Patrick Colossi | |
| Robert Conti | |
| Francisco Cordova | |
| Galo Cordova | |
| Dallas Cromwell | |
| Curtis Crowe | |
| Patrick Crowley | |
| Muriel Cunningham | |
| Mathew Cusumano | |
| Zbigniew Czachurski | |
| Jozef Czubat | |
| Jerzy Czypinisz | |
| Alex Daikoku | |
| John J. Dalton | |
| Frank Degirolamo | |
| Richard Delfino | |
| Charles DeMarco | |
| Barbara Demarco | |
| Leonard Desilva | |
| Donna DeSoto | |
| Rosa Diaz Alvarez | |
| Castrenze DiCarlo | |
| Stephen M. Dietz | |
| Robert Dinnen | |
| Waldemar Directie | |
| Boguslaw Dlugosz | |
| John Dobies | |
| Jan Dobrowolski | |
| William Dolan | |

| | |
|---|---|
| Peter Donahue | |
| Kathleen Donavon | |
| James Donohue | |
| Denis Dooley | |
| James Doran | |
| Louis Duclerc | |
| Jose Dumet | |
| Sergiu Dumitrache | |
| Rudolph Dyer | |
| Stanislaw Dziadczykowski | |
| Linda Eaton-Lewis | |
| George Echebiri | |
| Laurie Edwards | |
| Maria Encarnacion | |
| Karen Eremita | |
| Wandalesca Espinal | |
| Erika Espinosa | |
| Jorge Espinoza | |
| Rosa Espinoza | |
| Alonso Espinoza | |
| Ana Estrella | |
| Colombina Estrella | |
| Royal Eversley | |
| Lena Fabian - Slim | |
| Maria Fajardo | |
| William Fallon | |
| Stanislaw S. Faltynowicz | |
| Joan M. Farrell | |
| Joanne Felicetta | |
| Anita Ferdinand | |
| Maria Fernanda Garcia | |
| Milagros Fernandez | |
| Stanislaw Fic | |
| Teodulo Fiesta | |
| Angel Figueroa | |
| Melinda Figueroa | |
| Milagros Figueroa | |
| Jozef Filipkowski | |
| Richard Filippazzo | |
| Vincent Fiorenza | |
| Joseph Fitzgerald | |
| Robert Fitzpatrick | |
| Leverne Floyd | |
| Ira Fogelgaren | |
| Donna A. Fontana | |
| Manuel Foranoce | |

| | |
|---|---|
| Lucyna Foremska | |
| Enrico Frase | |
| Janina Frelas | |
| Mark Gado | |
| George Gaffney | |
| Jozef Galazka | |
| Jadwiga Galazka | |
| Pamela Gallichio | |
| Thomas Galligan | |
| Simone Gallo | |
| Manuel Garcia | |
| Luis B.Garcia | |
| Louis  Garcia | |
| Peter A. Gargano | |
| Allen Charles Garner | |
| Delicia  Gary | |
| Mozella Gatewood | |
| Jose Emilio Gaviria | |
| Rabiah Gaynor | |
| Mark Gendel | |
| Eugene Gentile | |
| Joseph P. Giamportone | |
| Frank Gianni | |
| Kathy Gibbs | |
| Israel Gil | |
| Peter Giordano | |
| Carlos Raul Gomez | |
| Milton Gordon | |
| Gag Gordova | |
| John P.Gorea Jr. | |
| Ryszard Gorecki | |
| Alexander Gorelik | |
| Frank Gorglione | |
| Henryk Grabowksi | |
| Marcin  Grabowski | |
| Jerkeida R. Grant | |
| Ann Grant | |
| Alfonza Green | |
| Rose E. Gribben | |
| Allan Grier | |
| Yvette Griffins | |
| Mark Groblewski | |
| Edward Groger | |
| Diovani Gutierrez | |
| Michael Hafey | |
| Anthony Hall | |

| | |
|---|---|
| Patrick Hansen | |
| Thomas Harden | |
| Rose Harris | |
| Julie Harvey | |
| Rosaria J. Heide | |
| Matthew Henderson | |
| Ruth Hermosilla | |
| Orlando Hernandez | |
| Maria Hernandez | |
| Carlos L Herrera | |
| John Hickman | |
| Kirk Hohensheldt | |
| Deveret M. Howell | |
| Michael Hunt | |
| Mary Ellen Hurd - Shy | |
| Gary Iorio | |
| Gustavo Iturralde | |
| Sharon Jacobs | |
| Jennifer A. Jacovino | |
| Czeslaw Jagiello | |
| Mohamed Jalloh | |
| Jerimiah Jamison | |
| John Jarvis | |
| Eugeniusz Jastrzebowski | |
| James J. Jenkins | |
| Chiemene Jenkins | |
| Benjamin Jones | |
| Teresa Jurado | |
| Robert Kabakoff | |
| Jerzy   Kadziela | |
| SamuelKahan | |
| Tadeusz Kajda | |
| George Kaperonis | |
| Waldemar Kapkowski | |
| Keith   Kaplan | |
| Stanislaw Karpierz | |
| Jeffrey Kegler | |
| Joyce   Keller | |
| James T. Keller | |
| Mark S. Kelly | |
| John L Kemp | |
| Brian Kemp | |
| Volodymyr Khomik | |
| Richard Kiggins | |
| Thomas F. King | |
| Erwin Kirbach | |

Quentin Kirkland
David Kogan
William Otto Koladzyn
Linus Korieocha
Howard Kosta
Tadeusz Kowalewski
Jan Kozinski
Amy Krakow
Fred J. Krines
Jozef Z. Kruczak
Stanislaw Kubrak
Zbigniew Kucharski
Marian Kuczaj
Zygmunt Kwiatkowski
Sorel LaFaurie
George Lamoreaux
Alexander Landi
Zdzislaw Langier
Frances LaPointe
Tadeusz Larwa
Andrzej Lasica
Susan  Latham
John H. Lavelle
ValeriyLavruk
Susan  Lawrence
Darryl  Lee
Antoni Lelek
Richard Lennon
Marianne Leto
David  Levy
Diane  Lewis
Joseph Lewis
Mark   Libecci
Maritza Liriano
Marian A. Lizzio
Gloria  Llanes
Jose Llaverias
Pascual Llibri
Julio C. Lliguicota
Nicolas Loaiza
Edward  Lobue
Maxine Londner
Luz Stella Lopez
Rance  Louallen
Jason B. Lowenfeld
Henry  Lozano

| | |
|---|---|
| Jaroslaw Ludwiczak | |
| Deborah Lupard | |
| William Lutter | |
| Volodymyr Lyseyko | |
| Alexander Macias | |
| Daniel Mackey | |
| Jean-Anne Mackrell | |
| Joseph Maddaloni | |
| Jozef Madej | |
| Peter C. Maguire Jr | |
| Piotr Majewski | |
| Igor J Makar | |
| Marian Maksimiuk | |
| Hopeton Malcolm | |
| Thomas Maloney | |
| Robert Mandell | |
| Zbigniew Mankiewicz | |
| Jose A.Manrique | |
| Janusz Marcinkowski | |
| Maria  Marino | |
| Carmen Marte | |
| Doris Martinez | |
| Susana Martinez | |
| Geraldo Martinez | |
| Raul Martinez Sr | |
| Luis Martinez-Nicolas | |
| Nelson Marty | |
| Thomas Marucheau | |
| Diana C. Matthews | |
| Ernest K. Matthews | |
| Piotr Matuszewski | |
| Todd Mayer | |
| Julio Mayorga | |
| Robert McAllister | |
| James E. McCullough | |
| Joseph McDonald | |
| Greg McDonald | |
| Robert E. McFeeley | |
| Ryan McGinty | |
| Kristin McGrath | |
| Peter McGrath | |
| Thomas McHugh | |
| Albert  McIntosh | |
| Rickie  McKie | |
| Fain McKinney | |
| Thomas McMahon | |

| | |
|---|---|
| Kevin McPartland | |
| Michael McPhillips | |
| Michael McPhillips | |
| Phillip McQueen | |
| Rosa Medina | |
| Thelmore Meeks | |
| Carmen Mena | |
| William R. Mendez | |
| Tommy Mendez | |
| John Mescall | |
| Wojciech Michalik | |
| Doretha Middleton | |
| Ireneusz Mierzejewski | |
| Tadeusz Milek | |
| Russell Millar | |
| Elizabeth A. Miller | |
| Barbara Minsky | |
| Thomas Miraglia | |
| Francisco Mite | |
| Robbill Mohammed | |
| William J. Moise, Jr. | |
| Curtis Charles Mondesir | |
| Alexis Monroe | |
| Clara Montague | |
| Dominick M. Montalto, Jr. | |
| Nino Montano | |
| Debra Anne Monte | |
| Marlene Monteleone | |
| Joseph Montwaid | |
| Jerry Morales | |
| Debbie Morales | |
| Raymond Morales | |
| Jose Morales, Jr. | |
| Jacqueline Morrison | |
| Teresa Morrone | |
| Nicholas Moscato | |
| Michael Mulvaney | |
| William Mulzet | |
| Edgar Munoz | |
| Hernan Munoz | |
| Esperanza Munoz | |
| Charles Murphy | |
| Kenneth L. Murray | |
| Jerzy Muszkatel | |
| William Myerwold | |
| John Napolitano | |

Jose Naranjo
Margaret Nasta
William Neary
Andrejz Nerc
Shedricka Nesbitt
Ronalda Nicholas-Frazier
Jan Niedziela
Ed Nigri
Kenrick Nisbett
Miguel Nolasco
Matthew Norton
Rosa Nunez
Emeka Nwigwe
Ryszard Obiedzinski
Daniel O'Brien
John Odia
Walter R. O'Donnell
Isioma Ogbue
Patrick Okeefe
Michael Oliva
Virginia Ortiz
Wanda I. Ortiz
Guillermo Osorio
Lili Packer
Tadeusz Pajerski
William Parker
Oneil Parkes
Miller M. Parra
Derek L. Partee
Vasilios Parthenis
John Patino
Priscilla Payne
Richard J. Pearse
Lawrence Pearson
Gabriel Pena
Juan Carlos   Pena
Juan B. Peralta
Oscar Perez
Maria Perez-Delgado
Lee Perlman
Robert Perniciaro
Vanessa Pero
Howard Perry
Adrian Pierce
Janusz Piersa
Michael Pignatelli

Lorenzo Pittman
Jozef Pogorzelski
Piotr Polak
Joseph Polidoro
Jan Pomichowski
Candelaria Porras
Raymond Pose
Juan Prada
Stanislaw Pszeniczny
Maria Puello
Manuel Puli
Dioselina Quintana
Joseph Racanelli
Stanislaw Radzieta
Juan Rakela
Arlene Ramery
Iris Ramirez
Nubia Ramirez
Ramona Ramirez
Ramiro Ramirez
William I Ramirezy
Jagjewan Ramroop
Arlene Reddick
Dennis Reilly
Karen  Reoch
Julio Repetto
Marian Retelski
Jose A.Rivera
Antonia Rivera
Minerva Rivera
Benjamin Rivers
Germano Riviera
Juan Carlos Roa
Yvonne Robinson
Kevin F. Robinson
Daniel Rodgers
RamiroRodriguez
Americo Rodriguez
Rosemary Rodriguez
Anibal Rodriguez
Witold Roginski
Josefina Rosado
Mark Roseman
Sam Roseman
Mark Rothman
Dragica Roy

| | |
|---|---|
| Ignacy Rozanski | |
| Steven Ruggiero | |
| Joseph Russo | |
| Eunicestine Rutledge | |
| Surjit Saini | |
| Yvonne Salaman | |
| Joffre Salinas | |
| Ralph Salomone | |
| Demetrius Samadjopoulos | |
| Richard Sammarco | |
| Alex Anthony Sanchez | |
| German Sanchez | |
| Anthony Santa Maria | |
| Felix Santana | |
| Andrew M. Santeramo | |
| Ruben  Santos | |
| Vincent Sarcone | |
| Joseph Savoca | |
| William Schmitt | |
| Sylvia  Schmitz | |
| Raymond Schnarr | |
| Robert Schnelle | |
| Robert N. Schroh | |
| William Schuchat | |
| Peter Seeman | |
| Jeffrey Scott Seide | |
| Martha Sepulveda | |
| Robert Serrone | |
| James G. Service | |
| Suvarna Shah | |
| David  Sharinn | |
| James  Sheehan | |
| Jacek   Sieka | |
| Robert Sienkiewicz | |
| Jose    Siguachi | |
| Rosa    Siguencia | |
| Walter Silverman | |
| Dara    Simon | |
| Cheryl Simpkins | |
| Barbara Singleton | |
| Mark Sly | |
| Terence J. Smith | |
| Mieczyslaw Smoderek | |
| Jose Sobral | |
| Jonathan W. Socha | |
| Jozef Sokolowski | |

Ramon Sola
Victor Solis
George Pope Solomon
David B. Sontz
Ramdial Sookhai
Pawel  Stepniewicz
Barry Stevens
Brion Stewart
Paul Stutz
Dolores Suarez
Juan Suarez
Timothy Sullivan
Linda  Suwidji
Paul Tacconi
Albert Talker
Christopher Tangney
Herminio Tapanes
Halina Tapia
Frank Taylor
Gregory Thomas
Paul Thyberg
John Toledo
Minerva Toro
Enoel  Torres
Guillermo Torres
Nilda Torres
Lily Trofimoff
James B Troncoso Jr.
Minerva Tross
Richard Trotta
Iliana Troya
Omar Ulffe
Joseph M Urso
Christopher Uszynski
Jose Santos Vaca
Rafael  Valdez
Mario Valenzuela
Dr. Donald Valerino
Anthony Vangeli
Sonia Varela
Edwin Vargas
Veronica Vasquez-Salinas
Rafael A. Velasco
Liana Velasquez
George L. Velez
Noel Velez

| | |
|---|---|
| Kimete Velic<br>Daniel Venditti<br>Frank Ventimiglia<br>Walter Villafuerte<br>Gregory Voce<br>Deborah Washington<br>Emanuel R Weisgras<br>Wynelle Welch<br>Rose Wells<br>Scott Wetter<br>David Whalen<br>Laura  Whickum<br>Marva M. White<br>Stewart Wilkins<br>Richard C. Williams<br>Gersham Williams<br>Bryant Williamson<br>Joseph Wimmer<br>Patricia Workman<br>Errol Wynter<br>Utjok Zaidan<br>Peter C. Zaun<br><br>**PLAINTIFFS,**<br><br>**V.**<br><br>**KINGDOM OF SAUDI ARABIA;<br>SAUDI HIGH COMMISSION FOR<br>RELIEF OF BOSNIA &<br>HERZEGOVINA**<br><br>**DEFENDANTS** | |

## SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the specific allegations, as indicated below, of Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi

High Commission for Relief of Bosnia & Herzegovina ("the SHC") and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York (hereinafter "the CAC"). Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3 5 4 3 .

## VENUE

1.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.  Jurisdiction, is as asserted in the CAC, and further, jurisdiction of the within *Short Form Complaint* is premised upon and applicable to all defendants in this action:

    ☒ 28 U.S. C. § 1605(a)(5) (non-commercial tort exception)

    ☒ 28 U.S.C. § 1605B (Justice against Sponsors of Terrorism Act)

    ☐ Other: (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):_____

    _____

    _____ .

## CAUSES OF ACTION

3.  Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the CAC as if set forth fully herein.

4.   Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are

herein adopted by reference from the CAC:

⊠   Aiding and Abetting and Conspiring with al Qaeda to Commit the
September 11th Attacks Upon the United States in Violation of   18
U.S.C. § 2333(d) (JASTA)

⊠   Aiding and Abetting and Conspiring with al Qaeda to Commit the
September 11th Attacks Upon the United States in Violation of   18
U.S.C. § 2333(a)

⊠   Committing Acts of International Terrorism in Violation of  18 U.S.C.
§ 2333

⊠   Wrongful Death, as applicable to a claim for such

⊠   Survival

⊠   Alien Tort Claims Act

⊠   Assault and Battery

⊠   Conspiracy

⊠   Aiding and Abetting

⊠   Intentional Infliction of Emotional Distress

⊠   Liability Pursuant to Restatement (Second) of Torts § 317 and
Restatement (Third) of Agency § 7.05: Supervising Employees and
Agents

⊠   Liability Pursuant to Restatement (Second) of Torts § 317 and
Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining
Employees and Agents

⊠   18 U.S.C. § 1962(a)-(d) – CIVIL RICO

⊠   Trespass

⊠   Punitive Damages

☐   Plaintiff assert(s) the following additional theories and/or Causes of

Action against the Defendants: _____

## **IDENTIFICATION OF PLAINTIFFS**

5.   The following allegations and information contained herein, is alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form Complaint*, and/or as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative, and as to the survivors of the Estate, herein referred to as "Plaintiffs."

   a.   The citizenship/nationality of said Plaintiff is indicated at Appendix 1 to this Short Form Complaint.

   b.   Said Plaintiff is entitled to recover damages on the causes of action set forth in this Complaint.

   c.   As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased.

   d.   For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

e. As a direct, proximate and foreseeable result of Defendants' actions or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and as otherwise described in the CAC, and/or as otherwise may be specified in subsequent pleadings and/or discovery proceedings, and/or as otherwise alleged herein:_____.

f. The name, relationship to the injured 9/11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

## **IDENTIFICATION OF THE DEFENDANTS**

6. The following entities are Defendants herein:

⊠ Kingdom of Saudi Arabia

⊠ Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC. By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or opt out of any certified class. This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth

in the CAC as appropriate.

## JURY  DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: June 5, 2017

Respectfully Submitted on behalf of the Plaintiffs:

_____s/_____
By: Gregory J. Cannata, Esq.
The Fuchsberg-Cannata Law Firms
GREGORY J. CANNATA & ASSOCIATES, LLP
60 East 42nd Street, Suite 932
New York, NY 10165
Tel: 212-552-9205
Fax: 212-227-4141
Gregory J. Cannata, esq.: cannata@cannatalaw.com
Robert A. Grochow, esq.: rgrochow@aol.com

and

_____s/_____
By: Alan J. Fuchsberg, Esq.
The Fuchsberg-Cannata Law Firms
JACOB FUCHSBERG LAW FIRM
500 Fifth Avenue, 45th Floor
New York, NY 10110
Tel: 212-869-3500
Fax: 212-398-1532
Alan Fuchsberg, esq: a.fuchsberg@fuchsberg.com
Bradley Zimmerman: b.zimmerman@fuchsberg.com

Counsel for Plaintiff(s)

Defendants:
**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & & Frederick,
P.L.L.C
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel#: 202-326-7900

**SAUDI HIGH COMMISSION FOR RELIEF
OF BOSNIA & HERZEGOVINA**
c/o Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck, Untereiner &
Sauber, LLP
Attorneys for Saudi High Commission for Relief of
Bosnia & Herzegovina
1801 K Street N.W. Suite 411L
Washington, DC  20006
Tel#: 202-775-4503

See Appendix 1 Annexed

**APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED JUNE 5, 2017**

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.)

*PI = Personal Injury; WD = Wrongful Death; SO = Solatium;

| | PLAINTIFF(S) NAME IN ALPHABETICAL ORDER OF LAST NAME OF INJURED PERSON | | Relationship to Injured 9/11 Victim | State of Residency at Filing | Citizenship/Nationality on 9/11/2001 | General Nature of Claim Asserted* |
|---|---|---|---|---|---|---|
| 1 | Howard | Abrams | Self | New York | United States | PI |
| 2 | Tony | Agyman | Self | New York | United States | PI |
| 3 | Barry | Aissatou | Self | New York | Guinea | PI |
| 4 | Vladimir | Akoulov | Self | New York | Russia | PI |
| 5 | Blanche | Alejandro | Self | New York | United States | PI |
| 6 | Arnaldo | Almonte | Self | New York | United States | PI |
| 7 | Moses | Aluko | Self | New York | United States | PI |
| 8 | Telma | Alvarado | Self | New York | United States | PI |
| 9 | Hernan | Alvarez | Self | New York | United States | PI |
| 10 | Bibiana Cristina | Andrade | Self | New York | United States | PI |
| 11 | Wilmer | Andrade | Self | New York | Ecuador | PI |
| 12 | Aldo | Antonio | Self | New York | United States | PI |
| 13 | Neil | Attardi | Self | New York | United States | PI |
| 14 | Jan | Bachusz | Self | New York | Poland | PI |
| 15 | Andrzej | Badzio | Self | New York | Poland | PI |
| 16 | Aleksander | Bajguz | Self | Poland | Poland | PI |
| 17 | Richard | Baker | Self | New Jersey | United States | PI |
| 18 | Arina | Bakhareva | Self | New York | United States | PI |
| 19 | Fernando | Baracaldo | Self | New York | United States | PI |
| 20 | Richard | Barnett | Self | New York | United States | PI |
| 21 | Michael | Barrett | Self | New York | United States | PI |
| 22 | Wladyslaw | Barszcz | Self | Connecticut | United States | PI |
| 23 | Michael | Bartone | Self | New Jersey | United States | PI |
| 24 | Gennadiy | Barykin | Self | New York | Poland | PI |
| 25 | Jose A. | Batista | Self | Florida | United States | PI |

| 26 | Stanley | Becton | Self | New York | United States | PI |
|----|---------|--------|------|----------|---------------|----|
| 27 | Nathan | Bednarsh | Self | New Jersey | United States | PI |
| 28 | Jose Luis | Bello | Self | New York | Dominican Republic | PI |
| 29 | Joseph | Belmonte | Self | New York | United States | PI |
| 30 | Joseph | Benbow | Self | New York | United States | PI |
| 31 | Frances | Benjamin | Self | New York | United States | PI |
| 32 | Rhoda | Berger | Self | New York | United States | PI |
| 33 | Richard F. | Bergmann | Self | New York | United States | PI |
| 34 | Martha | Bermudez | Self | New York | Colombia | PI |
| 35 | Claudia S. | Bernstein | Self | Florida | United States | PI |
| 36 | Jeffrey | Bernstein | Self | New York | United States | PI |
| 37 | Trevor | Berridge | Self | New York | United States | PI |
| 38 | Michelle | Berti | Self | United Kingdom | United States | PI |
| 39 | Dariusz | Bienduga | Self | New York | Poland | PI |
| 40 | Leszek | Bieniek | Self | New York | Poland | PI |
| 41 | Yuriy | Bilonozhenko | Self | New York | Ukraine | PI |
| 42 | Miroslaw | Binko | Self | Connecticut | Poland | PI |
| 43 | John | Bitsko | Self | New York | United States | PI |
| 44 | Gustavo | Blandon | Self | New York | Colombia | PI |
| 45 | Robert Park | Borchert | Self | New York | United States | PI |
| 46 | Barbara | Boursiquot | Self | New York | United States | PI |
| 47 | Sheila | Boyette | Self | New York | United States | PI |
| 48 | Michelle | Bracey | Self | New York | United States | PI |
| 49 | Ernestine | Branch | Self | South Carolina | United States | PI |
| 50 | Gwendolyn | Brandt | Self | Florida | United States | PI |
| 51 | Paul | Brobeck | Self | New York | United States | PI |
| 52 | Michal | Brodacki | Self | New Jersey | United States | PI |
| 53 | Alan | Brown | Self | New York | United States | PI |
| 54 | Michael | Browne | Self | New York | United States | PI |
| 55 | Heather | Browne-Dee | Self | New York | St. Vincent and the Grenadines | PI |
| 56 | Barry | Bryan | Self | Florida | United States | PI |
| 57 | Phillip R. | Bryant | Self | New York | United States | PI |
| 58 | Esteban | Bueno | Self | New York | United States | PI |
| 59 | Robert A. | Burmeister | Self | New York | United States | PI |
| 60 | Stanislaw | Burzynski | Self | New York | Poland | PI |
| 61 | Heather | Cabrera | Self | New York | United States | PI |

| 62 | Angela | Calhoun | Self | New York | United States | PI |
|---|---|---|---|---|---|---|
| 63 | Luis | Calle | Self | New York | Ecuador | PI |
| 64 | Felix | Calle | Self | New York | Ecuador | PI |
| 65 | Clay | Calle | Self | New York | Ecuador | PI |
| 66 | Coretta | Callender-Faulk | Self | New York | United States | PI |
| 67 | Ana | Camacho | Self | New York | United States | PI |
| 68 | Stephanie | Campbell | Self | New York | United States | PI |
| 69 | Jorge | Campoverde | Self | New York | Ecuador | PI |
| 70 | Leonardo | Cano | Self | New York | Colombia | PI |
| 71 | Carrie | Cantey | Self | New York | United States | PI |
| 72 | Howard | Caplan | Self | New Jersey | United States | PI |
| 73 | Sonia M. | Capon | Self | New York | Ecuador | PI |
| 74 | Carlos | Cardenas | Self | New York | Ecuador | PI |
| 75 | James | Carriel | Self | New York | United States | PI |
| 76 | Tokeato | Carter | Self | New Jersey | United States | PI |
| 77 | Raymond | Cassar | Self | New York | United States | PI |
| 78 | Dennis | Cassidy | Self | New York | United States | PI |
| 79 | Hector | Castro | Self | New Jersey | United States | PI |
| 80 | Gisel | Castro | Self | New York | Colombia | PI |
| 81 | Joseph A. | Cella | Self | New York | United States | PI |
| 82 | Thomas Joseph | Cera | Self | Connecticut | United States | PI |
| 83 | Gerome | Cerverizzo | Self | New York | United States | PI |
| 84 | Maria | Chainoha | Self | New York | United States | PI |
| 85 | Robert S. | Chapman | Self | New York | United States | PI |
| 86 | Sonja | Checinski | Self | New York | United States | PI |
| 87 | Manuel | Checo | Self | New York | United States | PI |
| 88 | Cindy | Cheung | Self | New York | United States | PI |
| 89 | Joseph | Chierchio | Self | New York | United States | PI |
| 90 | Odessa | Chin | Self | New York | United States | PI |
| 91 | Dariusz | Chojnowski | Self | New York | Poland | PI |
| 92 | Franciszek | Chojnowski | Self | New York | United States | PI |
| 93 | Neville | Chung | Self | New York | United States | PI |
| 94 | Miguel | Chung | Self | New York | United States | PI |
| 95 | Elzbieta | Ciborowska | Self | New York | Poland | PI |
| 96 | Henryk | Ciborowski | Self | Poland | Poland | PI |
| 97 | Romuald | Cieslak | Self | Poland | Poland | PI |
| 98 | Michael | Cioffi | Self | New York | United States | PI |

| 99 | Gerard | Ciquera | Self | New York | United States | PI |
|-----|---------|-----------|------|-------------|----------------------|-----|
| 100 | Mark | Clarke-Milton | Self | New York | United States | PI |
| 101 | Christine | Clausi Petosa | Self | New Jersey | United States | PI |
| 102 | Jose | Collado | Self | New York | Dominican Republic | PI |
| 103 | Yudelka | Collado | Self | New York | United States | PI |
| 104 | Maritza | Colon | Self | Virginia | United States | PI |
| 105 | Gerald | Colon | Self | New York | United States | PI |
| 106 | Patrick | Colossi | Self | New York | United States | PI |
| 107 | Robert | Conti | Self | New York | United States | PI |
| 108 | Francisco | Cordova | Self | New York | Ecuador | PI |
| 109 | Galo | Cordova | Self | New York | Ecuador | PI |
| 110 | Dallas | Cromwell | Self | New York | United States | PI |
| 111 | Curtis | Crowe | Self | New York | United States | PI |
| 112 | Patrick | Crowley | Self | New York | United States | PI |
| 113 | Muriel | Cunningham | Self | New York | United States | PI |
| 114 | Mathew | Cusumano | Self | New York | United States | PI |
| 115 | Zbigniew | Czachurski | Self | New York | Poland | PI |
| 116 | Jozef | Czubat | Self | New York | Poland | PI |
| 117 | Jerzy | Czypinisz | Self | New York | Poland | PI |
| 118 | Alex | Daikoku | Self | New York | Panama | PI |
| 119 | John J. | Dalton | Self | New York | United States | PI |
| 120 | Frank | Degirolamo | Self | New Jersey | United States | PI |
| 121 | Richard | Delfino | Self | COSTA RICA | United States | PI |
| 122 | Charles | DeMarco | Self | New York | United States | PI |
| 123 | Barbara | Demarco | Self | New York | United States and Israel | PI |
| 124 | Leonard | Desilva | Self | New York | Guinea | PI |
| 125 | Donna | DeSoto | Self | California | United States | PI |
| 126 | Rosa | Diaz Alvarez | Self | New York | Ecuador | PI |
| 127 | Castrenze | DiCarlo | Self | New York | United States | PI |
| 128 | Stephen M. | Dietz | Self | Pennsylvania | United States | PI |
| 129 | Robert | Dinnen | Self | New York | United States | PI |
| 130 | Waldemar | Directie | Self | Pennsylvania | United States | PI |
| 131 | Boguslaw | Dlugosz | Self | New York | Poland | PI |
| 132 | John | Dobies | Self | New York | United States | PI |
| 133 | Jan | Dobrowolski | Self | Poland | Poland | PI |
| 134 | William | Dolan | Self | Florida | United States | PI |
| 135 | Peter | Donahue | Self | New York | United States | PI |
| 136 | Kathleen | Donavon | Self | Florida | United States | PI |

| 137 | James | Donohue | Self | New York | United States | PI |
|-----|-------|---------|------|----------|---------------|-----|
| 138 | Denis | Dooley | Self | New Jersey | United States | PI |
| 139 | James | Doran | Self | Florida | United States | PI |
| 140 | Louis | Duclerc | Self | Vermont | United States | PI |
| 141 | Jose | Dumet | Self | New York | Dominican Republic | PI |
| 142 | Sergiu | Dumitrache | Self | New York | Romania | PI |
| 143 | Rudolph | Dyer | Self | New York | United States | PI |
| 144 | Stanislaw | Dziadczykowski | Self | New York | Poland | PI |
| 145 | Linda | Eaton-Lewis | Self | New York | United States | PI |
| 146 | George | Echebiri | Self | New Jersey | United States | PI |
| 147 | Laurie | Edwards | Self | New York | United States | PI |
| 148 | Maria | Encarnacion | Self | New York | Dominican Republic | PI |
| 149 | Karen | Eremita | Self | New Jersey | United States | PI |
| 150 | Wandalesca | Espinal | Self | New York | United States | PI |
| 151 | Erika | Espinosa | Self | New York | Colombia | PI |
| 152 | Jorge | Espinoza | Self | New York | Ecuador | PI |
| 153 | Rosa | Espinoza | Self | New York | Ecuador | PI |
| 154 | Alonso | Espinoza | Self | New York | Ecuador | PI |
| 155 | Ana | Estrella | Self | New York | Ecuador | PI |
| 156 | Colombina | Estrella | Self | New York | Dominican Republic | PI |
| 157 | Royal | Eversley | Self | New York | United States | PI |
| 158 | Lena | Fabian - Slim | Self | New York | United States | PI |
| 159 | Maria | Fajardo | Self | New York | Ecuador | PI |
| 160 | William | Fallon | Self | New York | United States | PI |
| 161 | Stanislaw S. | Faltynowicz | Self | New York | United States | PI |
| 162 | Joan M. | Farrell | Self | Florida | United States | PI |
| 163 | Joanne | Felicetta | Self | New York | United States | PI |
| 164 | Anita | Ferdinand | Self | New York | United States | PI |
| 165 | Maria | Fernanda Garcia | Self | New York | Colombia | PI |
| 166 | Milagros | Fernandez | Self | New York | United States | PI |
| 167 | Stanislaw | Fic | Self | New York | Poland | PI |
| 168 | Teodulo | Fiesta | Self | New York | United States | PI |
| 169 | Angel | Figueroa | Self | New York | United States | PI |
| 170 | Melinda | Figueroa | Self | New Jersey | United States | PI |
| 171 | Milagros | Figueroa | Self | New York | United States | PI |
| 172 | Jozef | Filipkowski | Self | New York | United States | PI |
| 173 | Richard | Filippazzo | Self | New York | United States | PI |

| 174 | Vincent | Fiorenza | Self | New York | United States | PI |
| 175 | Joseph | Fitzgerald | Self | New York | United States | PI |
| 176 | Robert | Fitzpatrick | Self | New Jersey | United States | PI |
| 177 | Leverne | Floyd | Self | New York | United States | PI |
| 178 | Ira | Fogelgaren | Self | New Jersey | United States | PI |
| 179 | Donna A. | Fontana | Self | Pennsylvania | United States | PI |
| 180 | Manuel | Foranoce | Self | New Jersey | United States | PI |
| 181 | Lucyna | Foremska | Self | Poland | Poland | PI |
| 182 | Enrico | Frase | Self | New York | United states | PI |
| 183 | Janina | Frelas | Self | New York | Poland | PI |
| 184 | Mark | Gado | Self | New York | United States | PI |
| 185 | George | Gaffney | Self | Florida | United States | PI |
| 186 | Jozef | Galazka | Self | Poland | United States | PI |
| 187 | Jadwiga | Galazka | Self | Poland | Poland | PI |
| 188 | Pamela | Gallichio | Self | New York | United States | PI |
| 189 | Thomas | Galligan | Self | New York | United States | PI |
| 190 | Simone | Gallo | Self | New York | United States | PI |
| 191 | Manuel | Garcia | Self | New York | Colombia | PI |
| 192 | Luis B. | Garcia | Self | New York | United States | PI |
| 193 | Louis | Garcia | Self | Florida | United States | PI |
| 194 | Peter A. | Gargano | Self | Florida | United States | PI |
| 195 | Allen Charles | Garner | Self | Alabama | United States | PI |
| 196 | Delicia | Gary | Self | Illinois | United States | PI |
| 197 | Mozella | Gatewood | Self | New York | United States | PI |
| 198 | Jose Emilio | Gaviria | Self | New York | Colombia | PI |
| 199 | Rabiah | Gaynor | Self | New York | United States | PI |
| 200 | Mark | Gendel | Self | New York | United States | PI |
| 201 | Eugene | Gentile | Self | New York | United States | PI |
| 202 | Joseph P. | Giamportone | Self | New York | United States | PI |
| 203 | Frank | Gianni | Self | New York | United States | PI |
| 204 | Kathy | Gibbs | Self | New York | United States | PI |
| 205 | Israel | Gil | Self | New York | United States | PI |
| 206 | Peter | Giordano | Self | New York | United States | PI |
| 207 | Carlos Raul | Gomez | Self | New York | United States | PI |
| 208 | Milton | Gordon | Self | New York | United States | PI |
| 209 | Gag | Gordova | Self | New York | Ecuador | PI |
| 210 | John P. | Gorea Jr. | Self | New York | United States | PI |

| 211 | Ryszard | Gorecki | Self | New York | Poland | PI |
| 212 | Alexander | Gorelik | Self | New York | United States | PI |
| 213 | Frank | Gorglione | Self | Connecticut | United States | PI |
| 214 | Henryk | Grabowksi | Self | New York | Poland | PI |
| 215 | Marcin | Grabowski | Self | New York | Poland | PI |
| 216 | Jerkeida R | Grant | Self | New York | United States | PI |
| 217 | Ann | Grant | Self | New York | United States | PI |
| 218 | Alfonza | Green | Self | New York | United States | PI |
| 219 | Rose E. | Gribben | Self | New York | United States | PI |
| 220 | Allan | Grier | Self | New York | United States | PI |
| 221 | Yvette | Griffins | Self | New York | United States | PI |
| 222 | Mark | Groblewski | Self | New Hampshire | United States | PI |
| 223 | Edward | Groger | Self | New York | United States | PI |
| 224 | Diovani | Gutierrez | Self | New York | Colombia | PI |
| 225 | Michael | Hafey | Self | New Jersey | United States | PI |
| 226 | Anthony | Hall | Self | Rhode Island | United States | PI |
| 227 | Patrick | Hansen | Self | Florida | United States | PI |
| 228 | Thomas | Harden | Self | Virginia | United States | PI |
| 229 | Rose | Harris | Self | New York | United States | PI |
| 230 | Julie | Harvey | Self | New York | United States | PI |
| 231 | Rosaria J. | Heide | Self | New York | United States | PI |
| 232 | Matthew | Henderson | Self | New York | United States | PI |
| 233 | Ruth | Hermosilla | Self | New York | United States | PI |
| 234 | Orlando | Hernandez | Self | New York | United States | PI |
| 235 | Maria | Hernandez | Self | New York | Honduras | PI |
| 236 | Carlos L | Herrera | Self | New York | United States | PI |
| 237 | John | Hickman | Self | New York | United States | PI |
| 238 | Kirk | Hohensheldt | Self | New York | United States | PI |
| 239 | Deveret M. | Howell | Self | New Jersey | United States | PI |
| 240 | Michael | Hunt | Self | New York | United States | PI |
| 241 | Mary Ellen | Hurd - Shy | Self | New York | United States | PI |
| 242 | Gary | Iorio | Self | New York | United States | PI |
| 243 | Gustavo | Iturralde | Self | New York | Ecuador | PI |
| 244 | Sharon | Jacobs | Self | Florida | United States | PI |
| 245 | Jennifer A. | Jacovino | Self | New York | United States | PI |
| 246 | Czeslaw | Jagiello | Self | New York | United States | PI |
| 247 | Mohamed | Jalloh | Self | New York | United States | PI |

| 248 | Jerimiah | Jamison | Self | South Carolina | United States | PI |
|-----|----------|---------|------|----------------|---------------|-----|
| 249 | John | Jarvis | Self | New York | United States | PI |
| 250 | Eugeniusz | Jastrzebowski | Self | Poland | Poland | PI |
| 251 | James J | Jenkins | Self | Oregon | United States | PI |
| 252 | Chiemene | Jenkins | Self | New York | United States | PI |
| 253 | Benjamin | Jones | Self | New York | United states | PI |
| 254 | Teresa | Jurado | Self | New York | United States | PI |
| 255 | Robert | Kabakoff | Self | New York | United States | PI |
| 256 | Jerzy | Kadziela | Self | New Jersey | United States | PI |
| 257 | Samuel | Kahan | Self | New York | United States | PI |
| 258 | Tadeusz | Kajda | Self | New York | Poland | PI |
| 259 | George | Kaperonis | Self | New York | Greece | PI |
| 260 | Waldemar | Kapkowski | Self | New York | Poland | PI |
| 261 | Keith | Kaplan | Self | New York | United States | PI |
| 262 | Stanislaw | Karpierz | Self | New York | Poland | PI |
| 263 | Jeffrey | Kegler | Self | New York | United States | PI |
| 264 | Joyce | Keller | Self | New Jersey | United States | PI |
| 265 | James T | Keller | Self | New Jersey | United States | PI |
| 266 | Mark S. | Kelly | Self | New York | United States | PI |
| 267 | John L | Kemp | Self | New York | United States | PI |
| 268 | Brian | Kemp | Self | New York | United States | PI |
| 269 | Volodymyr | Khomik | Self | New York | Ukraine | PI |
| 270 | Richard | Kiggins | Self | New York | United States | PI |
| 271 | Thomas F. | King | Self | New York | United States | PI |
| 272 | Erwin | Kirbach | Self | New York | United States | PI |
| 273 | Quentin | Kirkland | Self | New York | United States | PI |
| 274 | David | Kogan | Self | New York | United States | PI |
| 275 | William Otto | Koladzyn | Self | New York | Poland | PI |
| 276 | Linus | Korieocha | Self | New Jersey | United States | PI |
| 277 | Howard | Kosta | Self | New York | United States | PI |
| 278 | Tadeusz | Kowalewski | Self | New York | Poland | PI |
| 279 | Jan | Kozinski | Self | New Jersey | Poland | PI |
| 280 | Amy | Krakow | Self | New York | United States | PI |
| 281 | Fred J. | Krines | Self | New York | United States | PI |
| 282 | Jozef Z. | Kruczak | Self | New York | United States and Poland | PI |
| 283 | Stanislaw | Kubrak | Self | New York | Poland | PI |

| 284 | Zbigniew | Kucharski | Self | New York | Poland | PI |
| 285 | Marian | Kuczaj | Self | New York | Poland | PI |
| 286 | Zygmunt | Kwiatkowski | Self | New York | United States | PI |
| 287 | Sorel | LaFaurie | Self | New York | United States | PI |
| 288 | George | Lamoreaux | Self | New York | United States | PI |
| 289 | Alexander | Landi | Self | New Jersey | United States | PI |
| 290 | Zdzislaw | Langier | Self | New York | United States | PI |
| 291 | Frances | LaPointe | Self | New Jersey | United States | PI |
| 292 | Tadeusz | Larwa | Self | New York | Poland | PI |
| 293 | Andrzej | Lasica | Self | New York | Poland | PI |
| 294 | Susan | Latham | Self | New York | United States | PI |
| 295 | John H. | Lavelle | Self | New York | United States | PI |
| 296 | Valeriy | Lavruk | Self | New York | Ukraine | PI |
| 297 | Susan | Lawrence | Self | New York | United States | PI |
| 298 | Darryl | Lee | Self | New York | United States | PI |
| 299 | Antoni | Lelek | Self | New York | Poland | PI |
| 300 | Richard | Lennon | Self | New Yotk | United States | PI |
| 301 | Marianne | Leto | Self | New York | United States | PI |
| 302 | David | Levy | Self | New York | United States | PI |
| 303 | Diane | Lewis | Self | New York | United States | PI |
| 304 | Joseph | Lewis | Self | New York | United States | PI |
| 305 | Mark | Libecci | Self | New York | United States | PI |
| 306 | Maritza | Liriano | Self | New York | Dominican Republic | PI |
| 307 | Marian A. | Lizzio | Self | New York | United States | PI |
| 308 | Gloria | Llanes | Self | New York | United States | PI |
| 309 | Jose | Llaverias | Self | New York | Dominican Republic | PI |
| 310 | Pascual | Llibri | Self | New Jersey | Ecuador | PI |
| 311 | Julio C. | Lliguicota | Self | New York | United States | PI |
| 312 | Nicolas | Loaiza | Self | New York | Colombia | PI |
| 313 | Edward | Lobue | Self | New York | United States | PI |
| 314 | Maxine | Londner | Self | New York | United States | PI |
| 315 | Luz Stella | Lopez | Self | New York | United States | PI |
| 316 | Rance | Louallen | Self | New York | United States | PI |
| 317 | Jason B. | Lowenfeld | Self | New Jersey | United States | PI |
| 318 | Henry | Lozano | Self | New York | Ecuador | PI |
| 319 | Jaroslaw | Ludwiczak | Self | New York | Poland | PI |
| 320 | Deborah | Lupard | Self | New York | United States | PI |

| 321 | William | Lutter | Self | New Jersey/ Florida | United States | PI |
|---|---|---|---|---|---|---|
| 322 | Volodymyr | Lyseyko | Self | New York | Ukraine | PI |
| 323 | Alexander | Macias | Self | New York | Ecuador | PI |
| 324 | Daniel | Mackey | Self | New Jersey | United States | PI |
| 325 | Jean-Anne | Mackrell | Self | New York | United States | PI |
| 326 | Joseph | Maddaloni | Self | New Jersey | United States | PI |
| 327 | Jozef | Madej | Self | New York | Poland | PI |
| 328 | Peter C. | Maguire Jr | Self | New Jersey | United States | PI |
| 329 | Piotr | Majewski | Self | New York | Poland | PI |
| 330 | Igor J | Makar | Self | New York | Ukraine | PI |
| 331 | Marian | Maksimiuk | Self | Florida | Poland | PI |
| 332 | Hopeton | Malcolm | Self | New York | United States | PI |
| 333 | Thomas | Maloney | Self | New York | United States | PI |
| 334 | Robert | Mandell | Self | New York | United States | PI |
| 335 | Zbigniew | Mankiewicz | Self | New York | United States | PI |
| 336 | Jose A. | Manrique | Self | New Jersey | Colombia | PI |
| 337 | Janusz | Marcinkowski | Self | New York | Poland | PI |
| 338 | Maria | Marino | Self | New York | Colombia | PI |
| 339 | Carmen | Marte | Self | New York | United States | PI |
| 340 | Doris | Martinez | Self | New York | United States | PI |
| 341 | Susana | Martinez | Self | New York | United States | PI |
| 342 | Geraldo | Martinez | Self | New York | United States | PI |
| 343 | Raul | Martinez Sr | Self | Florida | United States | PI |
| 344 | Luis | Martinez-Nicolas | Self | New York | United States | PI |
| 345 | Nelson | Marty | Self | New York | United States | PI |
| 346 | Thomas | Marucheau | Self | New York | United States | PI |
| 347 | Diana C. | Matthews | Self | New York | United States | PI |
| 348 | Ernest K. | Matthews | Self | New York | United States | PI |
| 349 | Piotr | Matuszewski | Self | New York | Poland | PI |
| 350 | Todd | Mayer | Self | New York | United States | PI |
| 351 | Julio | Mayorga | Self | New York | Colombia | PI |
| 352 | Robert | McAllister | Self | New York | United States | PI |
| 353 | James E. | McCullough | Self | New York | United States | PI |
| 354 | Joseph | McDonald | Self | New York | United States | PI |
| 355 | Greg | McDonald | Self | Ohio | United States | PI |
| 356 | Robert E. | McFeeley | Self | New York | United States | PI |

| 357 | Ryan | McGinty | Self | New York | United States | PI |
|---|---|---|---|---|---|---|
| 358 | Kristin | McGrath | Self | New York | United States | PI |
| 359 | Peter | McGrath | Self | New York | United States | PI |
| 360 | Thomas | McHugh | Self | New York | United States | PI |
| 361 | Albert | McIntosh | Self | New York | United States | PI |
| 362 | Rickie | McKie | Self | New York | United States | PI |
| 363 | Fain | McKinney | Self | New York | United States | PI |
| 364 | Thomas | McMahon | Self | New Jersey | United States | PI |
| 365 | Kevin | McPartland | Self | New York | United States | PI |
| 366 | Michael | McPhillips | Self | New York | United States | PI |
| 367 | Michael | McPhillips | Self | New York | United States | PI |
| 368 | Phillip | McQueen | Self | New York | United States | PI |
| 369 | Rosa | Medina | Self | New York | United States | PI |
| 370 | Thelmore | Meeks | Self | New Jersey | United States | PI |
| 371 | Carmen | Mena | Self | New York | Dominican Republic | PI |
| 372 | William R. | Mendez | Self | New Jersey | Ecuador | PI |
| 373 | Tommy | Mendez | Self | New York | Ecuador | PI |
| 374 | John | Mescall | Self | New York | United States | PI |
| 375 | Wojciech | Michalik | Self | New Jersey | Poland | PI |
| 376 | Doretha | Middleton | Self | New York | United States | PI |
| 377 | Ireneusz | Mierzejewski | Self | New York | United States and Poland | PI |
| 378 | Tadeusz | Milek | Self | New York | Poland | PI |
| 379 | Russell | Millar | Self | New York | United States | PI |
| 380 | Elizabeth A. | Miller | Self | Pennsylvania | United States | PI |
| 381 | Barbara | Minsky | Self | New York | United States | PI |
| 382 | Thomas | Miraglia | Self | New York | United States | PI |
| 383 | Francisco | Mite | Self | New York | Ecuador | PI |
| 384 | Robbill | Mohammed | Self | New York | United States | PI |
| 385 | William J. | Moise, Jr. | Self | Florida | United States | PI |
| 386 | Curtis Charles | Mondesir | Self | Georgia | United States | PI |
| 387 | Alexis | Monroe | Self | New York | United States | PI |
| 388 | Clara | Montague | Self | New York | United States | PI |
| 389 | Dominick M. | Montalto, Jr. | Self | New York | United States | PI |
| 390 | Nino | Montano | Self | New Jersey | United States | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 391 | Debra Anne | Monte | Self | New York | United States | PI |
| 392 | Marlene | Monteleone | Self | New York | United States | PI |
| 393 | Joseph | Montwaid | Self | New Jersey | United States | PI |
| 394 | Jerry | Morales | Self | New Jersey | United States | PI |
| 395 | Debbie | Morales | Self | New York | United States | PI |
| 396 | Raymond | Morales | Self | New York | United States | PI |
| 397 | Jose | Morales, Jr. | Self | Florida | United States | PI |
| 398 | Jacqueline | Morrison | Self | South Carolina | United States | PI |
| 399 | Teresa | Morrone | Self | New Jersey | United States | PI |
| 400 | Nicholas | Moscato | Self | New York | United States | PI |
| 401 | Michael | Mulvaney | Self | New York | United States | PI |
| 402 | William | Mulzet | Self | New York | United States | PI |
| 403 | Edgar | Munoz | Self | New Jersey | United States | PI |
| 404 | Hernan | Munoz | Self | New York | Colombia | PI |
| 405 | Esperanza | Munoz | Self | New York | Colombia | PI |
| 406 | Charles | Murphy | Self | New York | United States and Australia | PI |
| 407 | Kenneth L. | Murray | Self | New York | Guyana | PI |
| 408 | Jerzy | Muszkatel | Self | Poland | Poland | PI |
| 409 | William | Myerwold | Self | New York | United States | PI |
| 410 | John | Napolitano | Self | Florida | United States | PI |
| 411 | Jose | Naranjo | Self | New York | United States | PI |
| 412 | Margaret | Nasta | Self | New York | United States | PI |
| 413 | William | Neary | Self | New York | United States | PI |
| 414 | Andrejz | Nerc | Self | Poland | Poland | PI |
| 415 | Shedricka | Nesbitt | Self | New York | United States | PI |
| 416 | Ronalda | Nicholas-Frazier | Self | New York | United States | PI |
| 417 | Jan | Niedziela | Self | New York | Poland | PI |
| 418 | Ed | Nigri | Self | New York | United States | PI |
| 419 | Kenrick | Nisbett | Self | New York | United States | PI |
| 420 | Miguel | Nolasco | Self | New York | United States | PI |
| 421 | Matthew | Norton | Self | New York | United States | PI |
| 422 | Rosa | Nunez | Self | New York | Ecuador | PI |
| 423 | Emeka | Nwigwe | Self | New York | United States | PI |
| 424 | Ryszard | Obiedzinski | Self | New York | Poland | PI |
| 425 | Daniel | O'Brien | Self | New York | United States | PI |

| 426 | John | Odia | Self | New York | Nigeria | PI |
|---|---|---|---|---|---|---|
| 427 | Walter R. | O'Donnell | Self | North Carolina | United States | PI |
| 428 | Isioma | Ogbue | Self | New York | United States | PI |
| 429 | Patrick | Okeefe | Self | New York | United States | PI |
| 430 | Michael | Oliva | Self | North Carolina | United States | PI |
| 431 | Virginia | Ortiz | Self | New York | United States | PI |
| 432 | Wanda I. | Ortiz | Self | New York | Dominican Republic | PI |
| 433 | Guillermo | Osorio | Self | New York | Colombia | PI |
| 434 | Lili | Packer | Self | New York | United States | PI |
| 435 | Tadeusz | Pajerski | Self | New York | United States | PI |
| 436 | William | Parker | Self | New York | United States | PI |
| 437 | Oneil | Parkes | Self | New York | Jamaica | PI |
| 438 | Miller M. | Parra | Self | New York | Colombia | PI |
| 439 | Derek L. | Partee | Self | North Carolina | United States | PI |
| 440 | Vasilios | Parthenis | Self | New York | United States | PI |
| 441 | John | Patino | Self | New York | United States | PI |
| 442 | Priscilla | Payne | Self | New York | United States | PI |
| 443 | Richard J. | Pearse | Self | New York | United States | PI |
| 444 | Lawrence | Pearson | Self | Georgia | United States | PI |
| 445 | Gabriel | Pena | Self | New York | Ecuador | PI |
| 446 | Juan Carlos | Pena | Self | New York | Honduras | PI |
| 447 | Juan B. | Peralta | Self | New York | United States | PI |
| 448 | Oscar | Perez | Self | New York | Colombia | PI |
| 449 | Maria | Perez-Delgado | Self | New York | United States | PI |
| 450 | Lee | Perlman | Self | New Jersey | United States | PI |
| 451 | Robert | Perniciaro | Self | New York | United States | PI |
| 452 | Vanessa | Pero | Self | New York | United States | PI |
| 453 | Howard | Perry | Self | New York | United States | PI |
| 454 | Adrian | Pierce | Self | New York | United States | PI |
| 455 | Janusz | Piersa | Self | New York | Poland | PI |
| 456 | Michael | Pignatelli | Self | New York | United States | PI |
| 457 | Lorenzo | Pittman | Self | Connecticut | United States | PI |
| 458 | Jozef | Pogorzelski | Self | New York | Poland | PI |
| 459 | Piotr | Polak | Self | New York | Poland | PI |
| 460 | Joseph | Polidoro | Self | New York | United States | PI |
| 461 | Jan | Pomichowski | Self | New York | Poland | PI |
| 462 | Candelaria | Porras | Self | New York | Peru | PI |
| 463 | Raymond | Pose | Self | New York | United States | PI |

| 464 | Juan | Prada | Self | New York | Colombia | PI |
|-----|------|-------|------|----------|----------|-----|
| 465 | Stanislaw | Pszeniczny | Self | New York | United States | PI |
| 466 | Maria | Puello | Self | New York | Dominican Republic | PI |
| 467 | Manuel | Puli | Self | New York | Ecuador | PI |
| 468 | Dioselina | Quintana | Self | New York | Colombia | PI |
| 469 | Joseph | Racanelli | Self | New York | United States | PI |
| 470 | Stanislaw | Radzieta | Self | New York | Poland | PI |
| 471 | Juan | Rakela | Self | Connecticut | United States | PI |
| 472 | Arlene | Ramery | Self | New York | United States | PI |
| 473 | Iris | Ramirez | Self | New York | Dominican Republic | PI |
| 474 | Nubia | Ramirez | Self | New York | Colombia | PI |
| 475 | Ramona | Ramirez | Self | New York | Dominican Republic | PI |
| 476 | Ramiro | Ramirez | Self | New York | Colombia | PI |
| 477 | William I | Ramirezy | Self | New Jersey | Colombia | PI |
| 478 | Jagjewan | Ramroop | Self | New York | United States | PI |
| 479 | Arlene | Reddick | Self | New York | United States | PI |
| 480 | Dennis | Reilly | Self | North Carolina | United States | PI |
| 481 | Karen | Reoch | Self | New York | United States | PI |
| 482 | Julio | Repetto | Self | New Jersey | United States | PI |
| 483 | Marian | Retelski | Self | New York | Poland | PI |
| 484 | Jose A. | Rivera | Self | New York | United States | PI |
| 485 | Antonia | Rivera | Self | Florida | United States | PI |
| 486 | Minerva | Rivera | Self | New Jersey | United States | PI |
| 487 | Benjamin | Rivers | Self | New York | United States | PI |
| 488 | Germano | Riviera | Self | Florida | United States | PI |
| 489 | Juan Carlos | Roa | Self | New York | Colombia | PI |
| 490 | Yvonne | Robinson | Self | New York | United States | PI |
| 491 | Kevin F. | Robinson | Self | New York | United States | PI |
| 492 | Daniel | Rodgers | Self | Florida | United States | PI |
| 493 | Ramiro | Rodriguez | Self | New York | Colombia | PI |
| 494 | Americo | Rodriguez | Self | New York | United States | PI |
| 495 | Rosemary | Rodriguez | Self | New York | United States | PI |
| 496 | Anibal | Rodriguez | Self | New York | United States | PI |
| 497 | Witold | Roginski | Self | New York | Poland | PI |
| 498 | Josefina | Rosado | Self | New York | United States | PI |
| 499 | Mark | Roseman | Self | New York | United States | PI |
| 500 | Sam | Roseman | Self | New York | United States | PI |
| 501 | Mark | Rothman | Self | Pennsylvania | United States | PI |

| 502 | Dragica | Roy | Self | New York | United States | PI |
|---|---|---|---|---|---|---|
| 503 | Ignacy | Rozanski | Self | New York | United States | PI |
| 504 | Steven | Ruggiero | Self | New York | United States | PI |
| 505 | Joseph | Russo | Self | New York | United States | PI |
| 506 | Eunicestine | Rutledge | Self | New York | United States | PI |
| 507 | Surjit | Saini | Self | New York | United States | PI |
| 508 | Yvonne | Salaman | Self | New York | United States | PI |
| 509 | Joffre | Salinas | Self | New York | United States | PI |
| 510 | Ralph | Salomone | Self | New York | United States | PI |
| 511 | Demetrius | Samadjopoulos | Self | New York | United States | PI |
| 512 | Richard | Sammarco | Self | New York | United States | PI |
| 513 | Alex Anthony | Sanchez | Self | New York | United States | PI |
| 514 | German | Sanchez | Self | New York | United States | PI |
| 515 | Anthony | Santa Maria | Self | New York | United States | PI |
| 516 | Felix | Santana | Self | New York | United States | PI |
| 517 | Andrew M. | Santeramo | Self | New York | United States | PI |
| 518 | Ruben | Santos | Self | New York | United States | PI |
| 519 | Vincent | Sarcone | Self | New York | United States | PI |
| 520 | Joseph | Savoca | Self | New Jersey | United States | PI |
| 521 | William | Schmitt | Self | New York | United States | PI |
| 522 | Sylvia | Schmitz | Self | New York | United States | PI |
| 523 | Raymond | Schnarr | Self | New Jersey | United States | PI |
| 524 | Robert | Schnelle | Self | New York | United States | PI |
| 525 | Robert N. | Schroh | Self | New York | United States | PI |
| 526 | William | Schuchat | Self | Connecticut | United States | PI |
| 527 | Peter | Seeman | Self | New York | United States | PI |
| 528 | Jeffrey Scott | Seide | Self | Connecticut | United States | PI |
| 529 | Martha | Sepulveda | Self | New York | United States | PI |
| 530 | Robert | Serrone | Self | New York | United States | PI |
| 531 | James G. | Service | Self | New York | United States | PI |
| 532 | Suvarna | Shah | Self | New Jersey | United States | PI |
| 533 | David | Sharinn | Self | New York | United States | PI |
| 534 | James | Sheehan | Self | New York | United States | PI |
| 535 | Jacek | Sieka | Self | New Jersey | Poland | PI |
| 536 | Robert | Sienkiewicz | Self | New York | Poland | PI |
| 537 | Jose | Siguachi | Self | New York | Ecuador | PI |

| 538 | Rosa | Siguencia | Self | New York | Ecuador | PI |
|---|---|---|---|---|---|---|
| 539 | Walter | Silverman | Self | New York | United States | PI |
| 540 | Dara | Simon | Self | New York | United States | PI |
| 541 | Cheryl | Simpkins | Self | Georgia | United states | PI |
| 542 | Barbara | Singleton | Self | New York | United States | PI |
| 543 | Mark | Sly | Self | California | United States | PI |
| 544 | Terence J. | Smith | Self | New York | United States | PI |
| 545 | Mieczyslaw | Smoderek | Self | New York | Poland | PI |
| 546 | Jose | Sobral | Self | New York | United States | PI |
| 547 | Jonathan W | Socha | Self | Colorado | United States | PI |
| 548 | Jozef | Sokolowski | Self | New York | Poland | PI |
| 549 | Ramon | Sola | Self | New York | United States | PI |
| 550 | Victor | Solis | Self | New Jersey | United States | PI |
| 551 | George Pope | Solomon | Self | North Carolina | United States | PI |
| 552 | David B. | Sontz | Self | New Jersey | United States | PI |
| 553 | Ramdial | Sookhai | Self | New York | United States | PI |
| 554 | Pawel | Stepniewicz | Self | Poland | Poland | PI |
| 555 | Barry | Stevens | Self | New York | United States | PI |
| 556 | Brion | Stewart | Self | New York | United States | PI |
| 557 | Paul | Stutz | Self | North Carolina | United States | PI |
| 558 | Dolores | Suarez | Self | New York | Ecuador | PI |
| 559 | Juan | Suarez | Self | New York | United States | PI |
| 560 | Timothy | Sullivan | Self | New Jersey | United States | PI |
| 561 | Linda | Suwidji | Self | New York | United States | PI |
| 562 | Paul | Tacconi | Self | New York | United States | PI |
| 563 | Albert | Talker | Self | California | United States | PI |
| 564 | Christopher | Tangney | Self | New York | United States | PI |
| 565 | Herminio | Tapanes | Self | New Jersey | United States | PI |
| 566 | Halina | Tapia | Self | New York | Poland | PI |
| 567 | Frank | Taylor | Self | New York | United States | PI |
| 568 | Gregory | Thomas | Self | New York | United States | PI |
| 569 | Paul | Thyberg | Self | New York | United States | PI |
| 570 | John | Toledo | Self | New York | United States | PI |
| 571 | Minerva | Toro | Self | New York | United States | PI |
| 572 | Enoel | Torres | Self | Pennsylvania | United States | PI |
| 573 | Guillermo | Torres | Self | New York | United States | PI |
| 574 | Nilda | Torres | Self | New York | United States | PI |

| 575 | Lily | Trofimoff | Self | New York | United States | PI |
| 576 | James B | Troncoso Jr. | Self | New York | United States | PI |
| 577 | Minerva | Tross | Self | New York | United States | PI |
| 578 | Richard | Trotta | Self | New York | United States | PI |
| 579 | Iliana | Troya | Self | New York | Ecuador | PI |
| 580 | Omar | Ulffe | Self | New York | Peru | PI |
| 581 | Joseph M | Urso | Self | New York | United States | PI |
| 582 | Christopher | Uszynski | Self | New York | Poland | PI |
| 583 | Jose Santos | Vaca | Self | Ecuador | United States and Ecuador | PI |
| 584 | Rafael | Valdez | Self | New York | United States and Dominican Republic | PI |
| 585 | Mario | Valenzuela | Self | New York | Peru | PI |
| 586 | Dr. Donald | Valerino | Self | Florida / Vermont | United States | PI |
| 587 | Anthony | Vangeli | Self | New Jersey | United States | PI |
| 588 | Sonia | Varela | Self | New York | United States | PI |
| 589 | Edwin | Vargas | Self | New York | Peru | PI |
| 590 | Veronica | Vasquez-Salinas | Self | Florida | United States | PI |
| 591 | Rafael A. | Velasco | Self | New York | United States | PI |
| 592 | Liana | Velasquez | Self | New York | United States | PI |
| 593 | George L | Velez | Self | New York | United States | PI |
| 594 | Noel | Velez | Self | New York | United States | PI |
| 595 | Kimete | Velic | Self | New York | United States | PI |
| 596 | Daniel | Venditti | Self | New York | United States | PI |
| 597 | Frank | Ventimiglia | Self | New York | United States | PI |
| 598 | Walter | Villafuerte | Self | New York | Ecuador | PI |
| 599 | Gregory | Voce | Self | New York | United States | PI |
| 600 | Deborah | Washington | Self | New York | United States | PI |
| 601 | Emanuel R | Weisgras | Self | New York | United States and Israel | PI |
| 602 | Wynelle | Welch | Self | New York | United States | PI |
| 603 | Rose | Wells | Self | New York | United States | PI |
| 604 | Scott | Wetter | Self | New York | United States | PI |
| 605 | David | Whalen | Self | South Carolina | United States | PI |
| 606 | Laura | Whickum | Self | New York | United States | PI |
| 607 | Marva M. | White | Self | New York | United States | PI |
| 608 | Stewart | Wilkins | Self | New York | United States | PI |
| 609 | Richard C. | Williams | Self | New York | United States | PI |

| 610 | Gersham | Williams | Self | New York | United States | PI |
| 611 | Bryant | Williamson | Self | Florida | United States | PI |
| 612 | Joseph | Wimmer | Self | New York | United States | PI |
| 613 | Patricia | Workman | Self | New Jersey | United States | PI |
| 614 | Errol | Wynter | Self | New York | United States | PI |
| 615 | Utjok | Zaidan | Self | New York | United States | PI |
| 616 | Peter C. | Zaun | Self | New York | United States | PI |